Christian v Brookdale Senior Living Communities, Inc. (2025 NY Slip Op 07154)

Christian v Brookdale Senior Living Communities, Inc.

2025 NY Slip Op 07154

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND KEANE, JJ.

862/24 CA 24-00602

[*1]GLENDA S. CHRISTIAN, PLAINTIFF-RESPONDENT,
v
BROOKDALE SENIOR LIVING COMMUNITIES, INC., JOHN E. SHATRAW, JR., DOING BUSINESS AS MODERN DOMAINS, DEFENDANTS-APPELLANTS, ET AL., DEFENDANT.
————————————————————— THOMAS J. KAPINOS, JR., DOING BUSINESS AS PRECISION FLOORING, THIRD-PARTY PLAINTIFF-RESPONDENT, V MICHAEL P. DROZDOWSKI, THIRD-PARTY DEFENDANT-APPELLANT. 

BURDEN & HANSEN, LLC, BUFFALO (DONNA L. BURDEN OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
CHELUS HERDZIK SPEYER & MONTE, LLP, BUFFALO (MARK A. FORDEN OF COUNSEL), FOR THIRD-PARTY DEFENDANT-APPELLANT. 

 

 Appeals from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered October 13, 2023. The order, among other things, denied the motion of defendants Brookdale Senior Living Communities, Inc. and John E. Shatraw, Jr., doing business as Modern Domains, for summary judgment and denied the motion of third-party defendant for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 22, 2024 and January 13, 2025,
It is hereby ORDERED that said appeals are unanimously dismissed without costs upon stipulation.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court